IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>VISHNUMBHAI K. CHAUDHARI, and<br>LEELABAHEN M. CHAUDHARI,<br><br>　　　　　　　Defendants. | **8:17CR86**<br><br>**ORDER** |

This matter is before the Court on its own motion.

IT IS ORDERED that the defendants Vishnumbhai K. Chaudhari and Leelabahen M. Chaudhari shall pay restitution in the amount of $40,000.00 to the Clerk of Court pursuant to the parties' plea agreement. The Clerk is directed to accept $40,000.00, from the defendants.

　　　Dated this 18th day of December, 2017.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　<u>s/ Laurie Smith Camp</u>
　　　　　　　　　　　　　　　　　　　Chief United States District Judge